# UNITED; STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESCUE 1 FINANCIAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMPLETE DEBT RELIEF, LLC, MICHAEL EEG, CORY GIPSON, and DOES 1–10, inclusive,<br><br>Defendant. | Case No.: SACV 23-00982-CJC (KESx)<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

For the reasons stated in the Court's Order Granting in Limited Part and Denying in Substantial Part Plaintiff Rescue 1 Financial, LLC's application for a temporary restraining order, Defendants Complete Debt Relief, LLC, Michael Eeg, and Cory Gipson are hereby restrained and enjoined from accessing, using, or disclosing the Floor Dashboard spreadsheet.  Defendants are further **ORDERED** to show cause on **Monday, August 28, 2023 at 1:30 p.m.** why they should not be restrained and enjoined pending trial of this action from accessing, using, or disclosing the Floor Dashboard spreadsheet and not reinstating Plaintiff's access to the Floor Dashboard spreadsheet.

Defendants must file a response to this Order to Show Cause by **August 11, 2023**. Plaintiff may file a reply no later than **August 18, 2023**. The hearing is scheduled for **August 28, 2023 at 1:30 p.m.** The above dates may be revised upon stipulation and approval of the Court.

Plaintiff is **ORDERED** to serve this temporary restraining order and order to show cause on Defendants **on or before August 8, 2023**.

DATED:   August 4, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE