James T. Ryan (State Bar No. 210515)
jr@arllp.com
Nicholas A. Kurtz (State Bar No. 232705)
nk@arllp.com
ANNIGIAN RYAN LLP
333 N. Indian Hill Boulevard
Claremont, California 91711
Tel:   (909) 981-0475
Fax:   (909) 981-0113

Attorneys for Plaintiff,
Rescue 1 Financial, LLC

*Counsel For Defendants Listed In Signature Block*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESCUE 1 FINANCIAL, LLC, | Case 8:23-cv-00982-MEMF-KES |
| Plaintiff,<br>vs. | Honorable Maame Ewusi-Mensah Frimpong |
| COMPLETE DEBT RELIEF, LLC, et al.,<br><br>Defendants. | STIPULATION FOR DISMISSAL PER FRCP 41(a)(1)(A)(2)<br><br>[[Proposed] Order filed concurrently herewith |

ANNIGIAN RYAN LLP

**ANNIGIAN RYAN LLP**

1

## STIPULATION

2      This stipulation is entered into by Plaintiff Rescue 1 Financial, LLC and

3  Defendants Complete Debt Relief, LLC, Michael Eeg, and Cory Gipson, through

4  their respective attorneys of record.

5      The parties hereby stipulate that this action be and is hereby dismissed with

6  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2) with each

7  party bearing their own costs and attorneys' fees.

8

9  Date: October 17, 2024            ANNIGIAN RYAN LLP

10

11                                    By: /s/ James T. Ryan
                                           James T. Ryan
12                                         Attorney for Plaintiff,
                                           Rescue 1 Financial, LLC

13

14  Date: October 17, 2024            STRADLING YOCCA CARLSON & RAUTH

15

16                                    By: /s/ Shawn Collins
                                           Shawn Collins
17                                         Attorney for Defendants,
                                           Complete Debt Relief, LLC, Michael Eeg, and
18                                         Cory Gipson

19

20

21

22

23

24

25

26

27

28

-1-
STIPULATION FOR DISMISSAL PER FRCP 41(a)(1)(A)(2)

**ANNIGIAN RYAN LLP**

1    **Local Rule 5-4.3.4 Attestation**

2          Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories

3    on behalf of whom this filing is submitted concur in the filing's content and have

4    authorized the filing.

5

6    Date: October 17, 2024                    ANNIGIAN RYAN LLP

7

8                                       By:  /s/ Nicholas A. Kurtz
                                             Nicholas A. Kurtz
9                                            Attorney for Plaintiff,
                                             Rescue 1 Financial, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL PER FRCP 41(a)(1)(A)(2)