UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RESCUE 1 FINANCIAL, LLC, | Case 8:23-cv-00982-MEMF-KES |
|---|---|
| Plaintiff, | Honorable Maame Ewusi-Mensah Frimpong |
| vs. | |
| COMPLETE DEBT RELIEF, LLC, et al., | ORDER OF DISMISSAL PER FRCP 41(A)(1)(A)(2) |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of Plaintiff Rescue 1 Financial, LLC and Defendants Complete Debt Relief, LLC, Michael Eeg, and Cory Gipson, through their respective attorneys of record, the Court orders as follows:

This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2) with each party bearing their own costs and attorneys' fees.

Dated: November 15, 2024

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge